AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California, Western Division** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV10 9099 | DATE FILED<br>11/24/2010 | U.S. DISTRICT COURT<br>Central District of California, Western Division |
|---|---|---|
| PLAINTIFF<br>California Institute of Technology | | DEFENDANT<br>STMicroelectronics NV (Please see attached) |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,990,506 | 11/23/1999 | California Institute of Technology |
| 2 | 6,456,326 | 9/24/2002 | California Institute of Technology |
| 3 | 6,549,235 | 4/15/2003 | California Institute of Technology |
| 4 | 6,606,122 | 8/12/2003 | California Institute of Technology |
| 5 | (See attached) | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**Defendants:**

STMicroelectronics NV; STMicroelectronics, Inc.; SETi Co., Ltd.; Siliconfile Technologies, Inc.; Toshiba Corp.; Toshiba America Electronic Components, Inc.; LG Electronics, Inc.; LG Electronics Mobilecomm U.S.A., Inc.; LG Electronics U.S.A., Inc.; Nokia Corp.; Nokia, Inc.; Pantech Co., Ltd.; and Pantech Wireless, Inc.

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 6,555,842 | 4/29/2004 | California Institute of Technology |
| 6,570,617 | 5/27/2003 | California Institute of Technology |
| 6,744,068 | 6/1/2004 | California Institute of Technology |
| 6,943,838 | 9/13/2005 | California Institute of Technology |
| 7,369,166 | 5/6/2008 | California Institute of Technology |