Michael W. Shore (*pro hac vice*)
shore@shorechan.com
Joseph F. DePumpo (*pro hac vice*)
jdepumpo@shorechan.com
Jennifer M. Rynell (*pro hac vice*)
jrynell@shorechan.com
Glenn E. Janik (*pro hac vice*)
gjanik@shorechan.com
Timothy T. Wang (*pro hac vice*)
twang@shorechan.com
**SHORE CHAN BRAGALONE LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile

Marc S. Harris (CA Bar No. 136647)
mharris@scheperkim.com
Alexander H. Cote (CA Bar No. 211558)
acote@scheperkim.com
**SCHEPER KIM & HARRIS LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

ATTORNEYS FOR PLAINTIFF
CALIFORNIA INSTITUTE OF TECHNOLOGY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY<br><br>*Plaintiff,*<br><br>VS. | CASE NO. 2:10-cv-09099-MRP -VBK<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

-1-

| | |
|---|---|
| 1 | STMICROELECTRONICS NV, |
| 2 | STMICROELECTRONICS, INC., NOKIA CORP., AND NOKIA, INC. |
| 3 | |
| 4 | *Defendants*. |

**FOR GOOD CAUSE SHOWN**, the Stipulated Protective Order requested by stipulation of Plaintiff California Institute of Technology and Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc., is hereby entered.

**IT IS SO ORDERED**.

Dated: December 22, 2011

*/s/ Mariana R. Pfaelzer*
Hon. Mariana R. Pfaelzer