[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| California Institute of Technology,<br><br>　　　　　*Plaintiff*,<br><br>　vs.<br><br>STMicroelectronics N.V. *et al.*,<br><br>　　　　　*Defendants*. | No. 2:10-cv-09099-MRP-VBK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S INFRINGEMENT CONTENTIONS AND MOTION FOR PROTECTIVE ORDER**<br><br>Judge:　　Hon. Mariana R. Pfaelzer<br>Hr'g Date:　Monday, April 9, 2012*<br>Hr'g Time:　11:00 a.m.<br>Place:　　Courtroom 12 |

Discovery cutoff:　Not scheduled
Pre-trial conf.:　　Not scheduled
Trial date:　　　　Not scheduled

\* Mr. DePumpo, counsel for Caltech, is unavailable on April 9, 2012, and thus has asked counsel for ST to schedule this hearing for a different date. Counsel for ST will confer with counsel for Caltech and expects that the parties will jointly propose a new hearing date.

LA1 2420574v.1

# NOTICE OF MOTION AND MOTION

Please take notice that on Monday, April 9, 2012, at 11:00 a.m. at the Spring Street Courthouse, 312 N. Spring Street, Los Angeles, California 90012, Defendants STMicroelectronics NV and STMicroelectronics, Inc. ("STMicro") will and hereby do move the Court for an order to strike portions of Plaintiff's California Institute of Technology ("Caltech") infringement contentions and motion for protective order.

This motion is made pursuant to Local Rule 37-1 and is based on the attached joint stipulation, any declarations or exhibits attached to the joint stipulation, any supplemental memoranda filed under Local Rule 37-2.3, and any arguments that may be presented at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 8, 2012.

LA1 2420574v.1

-1-

| | | |
|---|---|---|
| DATED: March 19, 2012 | By: | /s/ James P. Bradley |

James P. Bradley (CA Bar No. 56308)
<jbradley@sidley.com>
Dale B. Nixon (*pro hac vice*)
<dnixon@sidley.com>
Thomas N. Tarnay (*pro hac vice*)
<ttarnay@sidley.com>
Steven C. Malin (*pro hac vice*)
<smalin@sidley.com>
Mark A. Dodd (*pro hac vice*)
<mdodd@sidley.com>
Kristoffer B. Leftwich (*pro hac vice*)
<kleftwich@sidley.com>
SIDLEY AUSTIN LLP
717 N. Harwood St., Ste. 3400
Dallas, Texas  75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400

Sandra S. Fujiyama (Bar No. 198125)
<sfujiyama@sidley.com>
Theodore W. Chandler (Bar No. 219456)
<tchandler@sidley.com>
Matthew S. Jorgenson (Bar No. 229131)
<mjorgenson@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600

<stcaltech@sidley.com>

*Attorneys for Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc.*